B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In re: MARIE A O'DONNELL                                    Case No. 19-27340

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Reliant Loan Servicing, LLC c/o Fay Servicing, LLC | Reliant Loan Servicing LLC c/o SN Servicing Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 5088

Court Claim # (if known): 6-1
Amount of Claim: $242,161.98
Date Claim Filed: 10/30/2019

Phone: 800-603-0836
Last Four Digits of Acct. #: 5083

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 5088

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Arvind Nath Rawal                                   Date: 06/10/2020
    AIS Portfolio Services, LP as agent
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | | | |
|---|---|---|---|
| Case Name: | MARIE A O'DONNELL | Case No. | 19-27340 |
| | | Judge: | Andrew B. Altenburg Jr. |
| | | Chapter: | 13 |
| | Debtor(s). | | |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 06/10/2020 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Reliant Loan Servicing, LLC c/o Fay Servicing, LLC filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 06/10/2020 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
MARIE A O'DONNELL
204 W. LINDEN AVENUE,
LINDENWOLD, NJ 08021

I hereby certify that on 06/10/2020 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
ISABEL C BALBOA
CHERRY TREE CORPORATE CENTER, 535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

Debtor's counsel:
MCDOWELL LAW PC
THOMAS G EGNER
46 WEST MAIN STREET,
MAPLE SHADE, NJ 08052

All Parties in Interest
All Parties requesting Notice

By: /s/ Arvind Nath Rawal
Arvind Nath Rawal, AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent