UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51276
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company, LLC
JM-5630

In Re:

MARIE A. O'DONNELL

Order Filed on July 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-27340

Adv. No.:

Hearing Date: 6/30/2020

Judge: ABA

**ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES**

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: July 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Marie A. O'Donnell

Case No: 19-27340

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company, with the appearance of Thomas G. Egner, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ford Motor Credit Company ("Ford") is the holder of a first purchase money security interest encumbering a 2018 Ford Escape bearing vehicle identification number 1FMCU0HD3JUC54140.**
2. **That the Debtor's account has arrears through June 2020 in the amount of $1,291.90**
3. **That the Debtor is to bring account current including the July 2020 payment by August 1st, 2020 or Ford shall be entitled to stay relief upon filing a certification of default with the Court and serving it on the Debtor, their attorney, and the Chapter 13 Trustee.**
4. **That commencing August 2020, if the Debtor fails to make any payment to Ford within thirty (30) days after each payment falls due, Ford shall be entitled to stay relief upon filing a certification of default with the Court and serving it on the Debtor, their attorney, and the Chapter 13 Trustee.**
5. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ford Motor Credit Company must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, their attorney, and the Chapter 13 Trustee.**
6. **That the Debtor is to pay Ford a counsel fee of $531.00 through her Chapter 13 bankruptcy plan.**