**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51276
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company, LLC
JM-5630

In Re:

MARIE A. O'DONNELL

**Order Filed on July 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-27340

Adv. No.:

Hearing Date: 6/30/2020

Judge: ABA

**ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES**

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: July 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 19-27340-ABA    Doc 27    Filed 07/16/20    Entered 07/17/20 00:19:59    Desc Imaged
                     Certificate of Notice    Page 2 of 3

(Page 2)
Debtor(s): Marie A. O'Donnell
Case No: 19-27340
Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company, with the appearance of Thomas G. Egner, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ford Motor Credit Company ("Ford") is the holder of a first purchase money security interest encumbering a 2018 Ford Escape bearing vehicle identification number 1FMCU0HD3JUC54140.**
2. **That the Debtor's account has arrears through June 2020 in the amount of $1,291.90**
3. **That the Debtor is to bring account current including the July 2020 payment by August 1st, 2020 or Ford shall be entitled to stay relief upon filing a certification of default with the Court and serving it on the Debtor, their attorney, and the Chapter 13 Trustee.**
4. **That commencing August 2020, if the Debtor fails to make any payment to Ford within thirty (30) days after each payment falls due, Ford shall be entitled to stay relief upon filing a certification of default with the Court and serving it on the Debtor, their attorney, and the Chapter 13 Trustee.**
5. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ford Motor Credit Company must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, their attorney, and the Chapter 13 Trustee.**
6. **That the Debtor is to pay Ford a counsel fee of $531.00 through her Chapter 13 bankruptcy plan.**

United States Bankruptcy Court
District of New Jersey

In re:  
Marie A O'Donnell  
      Debtor

Case No. 19-27340-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 14, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.
db          +Marie A O'Donnell,    204 W. Linden Avenue,    Lindenwold, NJ 08021-3239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:
         Brian E Caine    on behalf of Creditor    Reliant Loan Servicing LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Thomas G. Egner    on behalf of Debtor Marie A O'Donnell tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         TOTAL: 6