Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−27340−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marie A O'Donnell
    204 W. Linden Avenue
    Lindenwold, NJ 08021

Social Security No.:
    xxx−xx−1252

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 10, 2020.

Dated: December 10, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Marie A O'Donnell

    Debtor(s)

Case No. 19-27340-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie A O'Donnell, 204 W. Linden Avenue, Lindenwold, NJ 08021-3239 |
| 518981928 | | American Web Loan, 2128 N. 14th Street, Suite 1 #130, Ponca City, OK 74601-1831 |
| 518452859 | + | Borough of Lindenwold, Attn: Tax Office, 15 N. WHITE HORSE PIKE, Lindenwold, NJ 08021-7564 |
| 518660315 | + | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 518452866 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518452867 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518457332 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518452868 | + | Hladik, Onorato & Federman, LLP, 1451 Chews Landing Road, Suite 206, Clementon, NJ 08021-2766 |
| 518452871 | + | LendingClub, 595 Market Street, San Francisco, CA 94105-2807 |
| 518452870 | + | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 518452872 | + | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 518452875 | + | Linoln Automotive Financial Services, Pob 542000, Omaha, NE 68154-8000 |
| 518452874 | + | Linoln Automotive Financial Services, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 518452877 | + | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518452876 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518452879 | + | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 518452880 | | Randolph Walzer & Associates LLC, 2042 W. County Line Rd., Unit 8, PO Box 1234, Jackson, NJ 08527-0259 |
| 518544096 | | Reliant Loan Servicing LLC, SN Servicing Corporation, 353 5th Street, Eureka, CA 95501 |
| 518862050 | | Reliant Loan Servicing, LLC c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 518862051 | | Reliant Loan Servicing, LLC c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, Reliant Loan Servicing, LLC c/o Fay Serv, PO Box 814609 Dallas, TX 75381-4609 |
| 518452882 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518707971 | + | Specialized Loan Servicing, LLC, Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518452883 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518452885 | + | Systems & Services Technologies/Best Egg, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 518452884 | + | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518452886 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518452889 | | USAA Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 518452888 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518452860 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Dec 10 2020 22:23:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 42 |

|  |  |  |  | Po Box 182125, Columbus, OH 43218-2125 |
|---|---|---|---|---|
| 518452861 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|  |  |  | Dec 10 2020 22:23:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518452862 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
|  |  |  | Dec 10 2020 23:42:23 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518452863 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
|  |  |  | Dec 10 2020 23:46:09 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518452864 | | Email/Text: mrdiscen@discover.com | | |
|  |  |  | Dec 10 2020 22:22:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518452865 | | Email/Text: mrdiscen@discover.com | | |
|  |  |  | Dec 10 2020 22:22:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 518469968 | | Email/Text: mrdiscen@discover.com | | |
|  |  |  | Dec 10 2020 22:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518452869 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
|  |  |  | Dec 10 2020 22:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518529194 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
|  |  |  | Dec 10 2020 23:42:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518452878 | + | Email/Text: bankruptcy@prosper.com | | |
|  |  |  | Dec 10 2020 22:24:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518452881 | + | Email/Text: bknotices@snsc.com | | |
|  |  |  | Dec 10 2020 22:24:00 | Reliant Loan Servicing LLC, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518452887 | | Email/Text: bknotice@upgrade.com | | |
|  |  |  | Dec 10 2020 22:21:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 518466421 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company,LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-2180 |
| 518563332 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 518543399 | *+ | Reliant Loan Servicing LLC, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518507642 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518452873 | ##+ | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020                Signature:        /s/Joseph Speetjens

| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 42 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian E Caine | on behalf of Creditor Reliant Loan Servicing LLC bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Thomas G. Egner | on behalf of Debtor Marie A O'Donnell tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;L.wood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6