Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-27340 (ABA)**

Marie A. O'Donnell  
204 West Linden Avenue  
Lindenwold, NJ  08021

Monthly Payment: $224.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $188.25 | 01/30/2020 | $188.25 | 02/26/2020 | $188.25 | 04/01/2020 | $188.25 |
| 05/01/2020 | $188.25 | 06/01/2020 | $188.25 | 07/01/2020 | $188.25 | 08/04/2020 | $188.25 |
| 09/02/2020 | $188.25 | 10/02/2020 | $188.25 | 10/30/2020 | $188.25 | 12/01/2020 | $188.25 |
| 12/31/2020 | $224.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARIE A. O'DONNELL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,250.00 | $0.00 | $4,250.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $500.00 | $0.00 | $500.00 | $0.00 |
| 1 | BOROUGH OF LINDENWOLD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | COMENITY BANK/WAYFAIR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | COMENITY BANK/WAYFAIR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $1,796.99 | $0.00 | $1,796.99 | $0.00 |
| 5 | CREDIT ONE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK | 33 | $146.83 | $0.00 | $146.83 | $0.00 |
| 7 | DISCOVER FINANCIAL SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $1,928.53 | $0.00 | $1,928.53 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LENDINGCLUB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LENDINGCLUB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LENDINGUSA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $2,259.84 | $0.00 | $2,259.84 | $0.00 |
| 16 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LINOLN AUTOMOTIVE FINANCIAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MARINER FINANCE, LLC | 33 | $2,999.72 | $0.00 | $2,999.72 | $0.00 |
| 19 | MARINER FINANCE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PROSPER FUNDING LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PROSPER FUNDING LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | RANDOLPH WALZER & ASSOCIATES LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | RELIANT LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SPECIALIZED LOAN SERVICING, LLC | 24 | $5,819.68 | $0.00 | $5,819.68 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | U.S. TRUSTEE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | USAA FEDERAL SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | USAA FEDERAL SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | LVNV FUNDING, LLC | 33 | $2,259.84 | $0.00 | $2,259.84 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | FORD MOTOR CREDIT COMPANY, LLC | 13 | $531.00 | $0.00 | $531.00 | $0.00 |
| 36 | SPECIALIZED LOAN SERVICING, LLC | 13 | $531.00 | $0.00 | $531.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 13.00 | $0.00 |
| 11/01/2020 | Paid to Date | $2,635.00 |
| 12/01/2020 | 46.00 | $224.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,483.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,804.58 |
| Arrearages: | ($188.75) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**