Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–27340–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marie A O'Donnell
  204 W. Linden Avenue
  Lindenwold, NJ 08021

Social Security No.:
  xxx–xx–1252

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             April 6, 2021
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*52* – Certification in Opposition to Certification of Default (related document:51 Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: 204 W Linden Avenue, Lindenwold, NJ 08021. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing, LLC, 31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 03/18/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by Thomas G. Egner on behalf of Marie A O'Donnell. (Attachments: # 1 Exhibit a # 2 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.


Dated: March 10, 2021
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk