UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Angela C. Pattison, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: apattison@hillwallack.com
*Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series DE IV*

| In Re: | Case No.: 19-27340-ABA |
|---|---|
| Marie A O'Donnell | Chapter: 13 |
| Debtor(s). | Judge: Andrew B. Altenburg Jr., U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series DE IV.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

   Hill Wallack LLP
   21 Roszel Road, P.O. Box 5226
   Princeton, NJ 08543

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

By: */s/ Angela C. Pattison*

Dated: February 9, 2023

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Angela C. Pattison, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: apattison@hillwallack.com<br>*Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series DE IV* | |
| In Re:<br><br>Marie A O'Donnell<br><br>Debtor(s). | Case No.: 19-27340-ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg Jr., U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Latesha Jenkins:

    ☐ represent _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On February 9, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Appearance*

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  February 9, 2023

*/s/* Latesha Jenkins
Latesha Jenkins

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie A O'Donnell<br>204 W. Linden Avenue<br>Lindenwold, NJ 08021 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Thomas G. Egner<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.