**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Angela C. Pattison
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Phone: 856-616-8086
Email: apattison@hillwallack.com
Attorneys for Reliant Loan Servicing, LLC

In Re:

Marie A O'Donnell

Debtor(s).

Order Filed on April 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-27340-ABA

Chapter 13

Hearing Date: April 4, 2023

Judge: Andrew B. Altenburg Jr., U.S.B.J.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 11, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor(s): Marie A O'Donnell
Case No: 19-27340-ABA
Caption: Order Resolving Motion for Relief from Stay

_____

| | |
|---|---|
| Movant: | Reliant Loan Servicing, LLC |
| Movant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Thomas G. Egner, Esq |
| Property Involved ("Collateral"): | 204 W. Linden Avenue Lindenwold, NJ 08021 |

Relief sought:

- ✓ **Motion for Relief**
  Motion to dismiss
  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **30** months, from **October 1, 2020** to **March 1, 2023**.

   - The Debtor is overdue for **30** payments at **$100.00** per month.

   - Less Funds held in debtor(s) suspense **$0.00**.

   Total Arrearages Due through **March 31, 2023** is **$3,000.00.**

2. Debtor must cure all post-petition arrearages as follows:

   - Immediate payment shall be made in the amount of **$3,000.00**. Payment shall be made no later than **April 10, 2023**.

   - Beginning on **April 1, 2023**, regular monthly mortgage payments shall continue to be made in the amount **$100.00** (subject to change).

Debtor(s):  Marie A O'Donnell
Case No:    19-27340-ABA
Caption:    Order Resolving Motion for Relief from Stay

_____

3. Payments to the Secured Creditor shall be made to the following address(es):

✓ Regular monthly payment:          Fay Servicing, LLC

                                    P.O. Box 814609

                                    Dallas, TX 75381-4609


✓ Immediate payment:                Same as above


4. In the event of Default:

If the Debtor fails to make an immediate payment by the date it is due or any regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

   ✓   The Applicant is awarded attorney's fees of **$500.00** expended in relation to the Motion for Relief and the filing cost of **$188.00**. The fees and costs are payable through the Chapter 13 plan.