**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Angela C. Pattison
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Phone: 856-616-8086
Email: apattison@hillwallack.com
Attorneys for Reliant Loan Servicing, LLC

Order Filed on April 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Marie A O'Donnell

           Debtor(s).

Case No. 19-27340-ABA

Chapter 13

Hearing Date: April 4, 2023

Judge: Andrew B. Altenburg Jr., U.S.B.J.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 11, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page | 2

Debtor(s): Marie A O'Donnell
Case No: 19-27340-ABA
Caption: Order Resolving Motion for Relief from Stay

_____

| | |
|---|---|
| Movant: | Reliant Loan Servicing, LLC |
| Movant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Thomas G. Egner, Esq |
| Property Involved ("Collateral"): | 204 W. Linden Avenue Lindenwold, NJ 08021 |

Relief sought:

✓ **Motion for Relief**
Motion to dismiss
Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** as follows:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **30** months, from **October 1, 2020** to **March 1, 2023**.

   - The Debtor is overdue for **30** payments at **$100.00** per month.

   - Less Funds held in debtor(s) suspense **$0.00**.

   Total Arrearages Due through **March 31, 2023** is **$3,000.00.**

2. Debtor must cure all post-petition arrearages as follows:

   - Immediate payment shall be made in the amount of **$3,000.00**. Payment shall be made no later than **April 10, 2023**.

   - Beginning on **April 1, 2023**, regular monthly mortgage payments shall continue to be made in the amount **$100.00** (subject to change).

Page | 3

Debtor(s):  Marie A O'Donnell
Case No:    19-27340-ABA
Caption:    Order Resolving Motion for Relief from Stay
_____

3. Payments to the Secured Creditor shall be made to the following address(es):

✓ Regular monthly payment:         Fay Servicing, LLC

                                    P.O. Box 814609

                                    Dallas, TX 75381-4609


✓ Immediate payment:               Same as above


4. In the event of Default:

If the Debtor fails to make an immediate payment by the date it is due or any regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

✓    The Applicant is awarded attorney's fees of **$500.00** expended in relation to the Motion for Relief and the filing cost of **$188.00**. The fees and costs are payable through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Marie A O'Donnell  
    Debtor

Case No. 19-27340-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Apr 11, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie A O'Donnell, 204 W. Linden Avenue, Lindenwold, NJ 08021-3239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series DE IV apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Angela Catherine Pattison | on behalf of Creditor Reliant Loan Servicing LLC apattison@hillwallack.com apattison@ecf.courtdrive.com |
| Brian E Caine | on behalf of Creditor Reliant Loan Servicing LLC bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0312-1 | User: admin | Page 2 of 2

Date Rcvd: Apr 11, 2023 | Form ID: pdf903 | Total Noticed: 1

Thomas G. Egner
on behalf of Debtor Marie A O'Donnell tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8