UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Marie A O'Donnell

Case No.: 19-27340

Hearing Date:

Judge: ABA

Chapter: 13

## ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____11/8/2024_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☑ Other: __Set final decree prematurely_____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*