Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27340−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie A O'Donnell
   204 W. Linden Avenue
   Lindenwold, NJ 08021

Social Security No.:
   xxx−xx−1252

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management
      course requirement for discharge.

☐    Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial
management course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
      due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support
obligations
      due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
      commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
      case commenced within 8 years before the date of the filing of the petition.

☑    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
      the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
      Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
      Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
      of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
      Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 10, 2024
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-27340-ABA
Marie A O'Donnell                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                                         Page 1 of 4
Date Rcvd: Dec 10, 2024               Form ID: cscnodsc                                   Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie A O'Donnell, 204 W. Linden Avenue, Lindenwold, NJ 08021-3239 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 518981928 | | American Web Loan, 2128 N. 14th Street, Suite 1 #130, Ponca City, OK 74601-1831 |
| 518452859 | + | Borough of Lindenwold, Attn: Tax Office, 15 N. WHITE HORSE PIKE, Lindenwold, NJ 08021-7564 |
| 518452868 | + | Hladik, Onorato & Federman, LLP, 1451 Chews Landing Road, Suite 206, Clementon, NJ 08021-2766 |
| 520246796 | + | JH Residential Whole Loan Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520246797 | + | JH Residential Whole Loan Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, JH Residential Whole Loan Trust Serviced by Select Portfolio Servicing, |
| 518452873 | + | LendingUSA, Po Box 503430, San Diego, CA 92150-3430 |
| 520270317 | + | MEB Loan Trust VIII, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520270318 | + | MEB Loan Trust VIII, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165, MEB Loan Trust VIII Select Portfolio Servicing, Inc. 84165-0250 |
| 518452880 | | Randolph Walzer & Associates LLC, 2042 W. County Line Rd., Unit 8, PO Box 1234, Jackson, NJ 08527-0259 |
| 518544096 | | Reliant Loan Servicing LLC, SN Servicing Corporation, 353 5th Street, Eureka, CA 95501 |
| 518707971 | + | Specialized Loan Servicing, LLC, Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 519994902 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519994903 | + | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society Fay Servicing, LLC 75381-4609 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | ^ MEBN | Dec 10 2024 20:33:11 | Angela C. Pattison, Hill Wallack, LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2024 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2024 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518660315 | + | Email/Text: bnc@bass-associates.com | Dec 10 2024 20:31:00 | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 518452860 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2024 20:32:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518452861 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2024 20:32:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 518452862 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2024 20:40:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518452863 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2024 20:57:36 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |

| | | | | |
|---|---|---|---|---|
| 518452864 | | Email/Text: mrdiscen@discover.com | Dec 10 2024 20:31:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518452865 | | Email/Text: mrdiscen@discover.com | Dec 10 2024 20:31:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 518469968 | | Email/Text: mrdiscen@discover.com | Dec 10 2024 20:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518452866 | | Email/Text: bankruptcycourts@equifax.com | Dec 10 2024 20:32:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 518452867 | ^ | MEBN | Dec 10 2024 20:29:39 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518457332 | | Email/Text: EBNBKNOT@ford.com | Dec 10 2024 20:32:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518466421 | | Email/Text: EBNBKNOT@ford.com | Dec 10 2024 20:32:00 | Ford Motor Credit Company,LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-2180 |
| 520203290 | + | Email/Text: bkteam@selenefinance.com | Dec 10 2024 20:32:00 | Federal Home Loan Mortgage Corporation, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 520203291 | + | Email/Text: bkteam@selenefinance.com | Dec 10 2024 20:32:00 | Federal Home Loan Mortgage Corporation, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, Federal Home Loan Mortgage Corporation, Selene Finance LP 75019-6295 |
| 520171968 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2024 20:57:08 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518452869 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2024 20:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518529194 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2024 20:56:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518452870 | + | Email/Text: Documentfiling@lciinc.com | Dec 10 2024 20:31:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 518452871 | + | Email/Text: Documentfiling@lciinc.com | Dec 10 2024 20:31:00 | LendingClub, 595 Market Street, San Francisco, CA 94105-2802 |
| 518452872 | ^ | MEBN | Dec 10 2024 20:32:18 | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 518452875 | + | Email/Text: EBNBKNOT@ford.com | Dec 10 2024 20:32:00 | Linoln Automotive Financial Services, Pob 542000, Omaha, NE 68154-8000 |
| 518452874 | + | Email/Text: EBNBKNOT@ford.com | Dec 10 2024 20:32:00 | Linoln Automotive Financial Services, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 518452876 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 10 2024 20:31:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518452877 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 10 2024 20:31:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518452878 | | Email/Text: ProsperBK@prosper.com | Dec 10 2024 20:32:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 518452879 | + | Email/Text: ProsperBK@prosper.com | Dec 10 2024 20:32:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 518452881 | + | Email/Text: bknotices@snsc.com | Dec 10 2024 20:32:00 | Reliant Loan Servicing LLC, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518862051 | | Email/Text: ECF@fayservicing.com | Dec 10 2024 20:31:00 | Reliant Loan Servicing, LLC c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518862050 | | Email/Text: ECF@fayservicing.com | Dec 10 2024 20:31:00 | Reliant Loan Servicing, LLC c/o Fay Serv, PO Box 814609, Dallas, TX 75381-4609 |
| | | | | Reliant Loan Servicing, LLC c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 518452883 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 10 2024 20:31:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518452882 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 10 2024 20:32:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518452885 | ^ | MEBN | Dec 10 2024 20:32:09 | Systems & Services Technologies/Best Egg, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 518452884 | ^ | MEBN | Dec 10 2024 20:32:10 | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 518452886 | ^ | MEBN | Dec 10 2024 20:30:04 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518452887 | | Email/Text: bknotice@upgrade.com | Dec 10 2024 20:31:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 518452888 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 10 2024 20:31:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 518452889 | | Email/Text: bkelectronicnotices@usaa.com | Dec 10 2024 20:31:00 | USAA Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 518563332 | *+ | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 518543399 | *+ | Reliant Loan Servicing LLC, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518507642 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: cscnodsc | Total Noticed: 55 |

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Angela Catherine Pattison | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Trustee of Reliant Trust, Series DE IV apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Angela Catherine Pattison | on behalf of Creditor Reliant Loan Servicing LLC apattison@hillwallack.com apattison@ecf.courtdrive.com |
| Brian E Caine | on behalf of Creditor Reliant Loan Servicing LLC bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2023-1 kimwilson@raslg.com |
| Thomas G. Egner | on behalf of Debtor Marie A O'Donnell tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11